AIR TRANSPORT ASSOCIATION
OF CANADA, Petitioner

v.

FEDERAL AVIATION ADMINISTRA-
TION and Jane F. Garvey, Adminis-
trator, Federal Aviation Administra-
tion, Respondents

No. 00–1334, 00–1342, 00–1343, 00–1344,
00–1345, 00–1346, 00–1347, 00–1351, 01–
1170, 01–1171, 01–1172, 01–1173, 01–
1174, 01–1175, 01–1176, 01–1177.

United States Court of Appeals,
District of Columbia Circuit.

Dec. 28, 2001.

Before: HENDERSON, TATEL, and
GARLAND, Circuit Judges.

### ORDER

PER CURIAM.

Upon consideration of the respondents'
petition for rehearing, filed August 24,
2001, and the petitioners' response thereto,
it is

**ORDERED** that the petition for rehear-
ing be granted and the interim final rule
reviewed by the court be remanded with-
out vacatur. *See* Fed. R.App. P. Rule
40(a)(4). Accordingly, it is

**FURTHER ORDERED** that the opin-
ion in *Air Transport Association of Cana-
da v. FAA,* 254 F.3d 271 (D.C.Cir.2001), be
amended as follows:

(1) The words "vacate the rule and"
be deleted from the opening paragraph,
254 F.3d at 274;

(2) Footnote 7 be deleted in its entire-
ty, 254 F.3d at 278; and

(3) The words "vacate the 2000 Rule
and" be deleted from the final para-
graph, 254 F.3d at 279. It is

**FURTHER ORDERED** that the Clerk
be directed to vacate the judgment filed
July 13, 2001, and enter a new judgment in
accordance with this order. It is

**FURTHER ORDERED** that the Clerk
be directed to issue the mandate herein
seven days after issuance of this order.
*See* D.C.Cir. Rule 41.